IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BRANDON ANTHONY KRANKOWSKI,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN GOOTKIN, JIM SALMONSEN, PAUL REES, and MELISSA SCHARF,<br><br>Defendants. | Cause No. CV 24-18-H-DWM<br><br>ORDER |

On October 22, 2025, an order was issued directing Plaintiff Krankowski to show cause as to why this matter should not be dismissed based upon his failure to respond to Defendants' motion for summary judgment. (Doc. 31.)

Krankowski timely responded and explained the law library at the prison has been "inactive" for nearly two months and that because of this he has had to request help from another inmate to assist him in filing in this matter. (Doc. 32.) Krankowski then filed a motion for leave to file his response as well as a document entitled "Statement of Disputed Facts." (Docs. 33 & 33-1.) The Court presumes Krankowski intended for the "Statement of Disputed Facts" to be his response to the pending summary judgment motion. The Defendants filed a reply. (Doc. 35.)

1

In the interim, Krankowski has filed a motion for voluntary dismissal of the action. (Doc. 36.) He explains that he is still having difficulty obtaining legal assistance and has not had adequate time to spend in the law library due to his job at the prison. (*Id.*) He also indicates he is working with the medical staff and the prison administration to resolve the issues relating to his elbow. (*Id.*) Accordingly, Krankowski requests dismissal of his amended complaint.

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides an avenue for voluntary dismissal and Krankowski has demonstrate good cause to support his request. Accordingly, IT IS HEREBY ORDERED:

1. Krankowski's Motion to Dismiss (Doc. 36) is GRANTED. This matter is DISMISSED pursuant to Fed. R. Civ. P. 41(a)(1)(B).

2. All other pending motions are denied as moot.

3. The Clerk of Court is directed to enter a judgment of dismissal and close this matter.

DATED this 1st day of December, 2025.

Donald W. Molloy, District Judge
United States District Court